UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMES BOWEN,

         Defendant.

S1 18 Cr. 205 (NSR) -02

Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Benjamin Gianforti and Michael D. Maimin, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500, Federal Rule of Evidence 26.2, *Giglio v. United States*, 405 U.S. 150, 154 (1972), and the Government's general disclosure obligations, relating to witnesses the Government anticipates may be called to testify at trial ("3500 Material"), it is hereby

ORDERED that (1) the defendant, defense counsel, and any paralegal or staff employed by defense counsel (together, the "Defense") shall return or destroy all 3500 Material (including all copies thereof), at the conclusion of the trial or when any appeal has become final; (2) the Defense is precluded from disseminating any 3500 Material (and any copies thereof) to anyone beyond the Defense.

Dated:    White Plains, New York   SO ORDERED.
         __April 8__, 2021

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2021