UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

    USA,

        - against -

    JAMES BOWEN,

                  Defendant(s).

--------------------------------------------------------x

**SCHEDULING ORDER**

18 Cr. 205-02 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

The parties are ORDERED to appear for a scheduled in-person **Violation of Supervised Release Initial Conference on February 28, 2025 at 2:15 pm.**

Dated:    White Plains, New York
            February 19, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025