SDNY-WP (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America )
v. )
)
**James Bowen** )    Case No. 18 Cr. 205 (NSR)
)
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, _____ James Bowen _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(    ) (2)  This is an unsecured bond of _____ . (    ) Cosigned by _____ FRP.

(    ) (3)  This is a secured bond of _____ , secured by:

    (    ) (a)  _____ , in cash deposited with the court.

    (    ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

        If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (    ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    (    ) (d) Cosigned by _____ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

18 Cr. 205 (NSR)

AO 98 (Rev. 12/11) Appearance Bond

---

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 2-19-25

_____
*Defendant's Signature* **James Bowen**

                                *Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*      *Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*      *Interpreter's Initials*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*Deputy Clerk's Initials*      *Interpreter's Initials*

*CLERK OF COURT*

_____
*Signature of Deputy Clerk*

Date: 2/19/2025

Approved.

Date: 2-19-2025

_____
*Judicial Officer's Signature*

**Hon. Judith C. McCarthy, U.S. Magistrate Judge**

*Printed Name and Title*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **James Bowen** | ) | Case No.    18 Cr. 205 (NSR) |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                    James Bowen                    18 Cr. 205 (NSR)

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                              *Custodian*                                              *Date*

( ☑ ) (7) The defendant must:
  ( ☐ ) (a) submit to supervision by and report for supervision to the  PRETRIAL SERVICES FOR  ☐ Regular; ☐ Strict; ☐ As Directed
        telephone number _____ , no later than _____ .
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☐ ) (d) surrender any passport to:  PROBATION
  ( ☐ ) (e) not obtain a passport or other international travel document.
  ( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel:  SDNY/EDNY

  ( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  Ms. Dupree or her child K.A.

  ( ☐ ) (h) get medical or psychiatric treatment: _____

  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
      ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
  ( ☑ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. Following the location restriction component (**check one**):
      ( ☑ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☑ ) as directed by the pretrial services office or supervising officer; or
      ( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
      ( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release                    James Bowen                    18 Cr. 205 (NSR)

## ADDITIONAL CONDITIONS OF RELEASE

(ii)  submit to the following location monitoring technology (**check one**):

( ☑ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (2)  GPS; or
( ☐ ) (3)  Radio Frequency; or
( ☐ ) (4)  Voice Recognition; or
( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ )  (s)  The defendant shall follow all conditions set forth in the attached Order of Protection.

Defense Counsel Name:

Defense Counsel Telephone Number:

Defense Counsel Email Address:

AO 199C  (Rev. 09/08)  Advice of Penalties

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  **James Bowen**                                      Case No.  18 Cr. 205 (NSR)

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date: 2-19-25

_____
Defendant's Signature  James Bowen

☐ **DEFENDANT RELEASED**

Yonkers N.Y.
_____
City and State

## Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 2-19-2025

_____
Judicial Officer's Signature

**Hon. Judith C. McCarthy, U.S. Magistrate Judge**
_____
Printed Name and Title

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

AO 199C  (Rev. 09/08)  Advice of Penalties



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

ORI No:    NY059051J
Order No: 2025-000709
NYSID No: 08811196R
CJTN No:   71043332Q

PRESENT:  Honorable Karen N. Best

Criminal Form 1 12/2020

At a term of the Yonkers City Court, County of Westchester, at the Courthouse at 100 South Broadway, Yonkers, NY 10701, State of New York

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

**PEOPLE OF THE STATE OF NEW YORK**
‐ against ‐

James Bowen
Defendant
DOB: ▮▮▮▮▮

☐ Youthful Offender (check if applicable)

Part: II Criminal    Case No.:  CR-12552-24

Charges: PL 120.00 01 AM Aslt 3-W/Int Cause Phys Injury, 3 count(s) of A Misd, 1 count(s) of Viol

Defendant Present in Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED, THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.**

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection

☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

**IT IS HEREBY ORDERED** that the above-named defendant James Bowen (DOB: ▮▮▮▮ observe the following conditions of behavior:

[01]  Stay away from [A]    Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[B]  the home of Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[C]  the school of Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[D]  the business of Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[E]  the place of employment of Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[14]  Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody visitation or child abuse or neglect proceeding;

[17]  Refrain from remotely controlling, monitoring or otherwise interfering with any electronic device or other object affecting the home, vehicle or property of Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) by connection through any means, including, but not limited to, the internet, Bluetooth, a wired or wireless network, or other wireless technology;

[02]  Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮);

[15]  Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) Any &amp; All;

[12]  Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: Any &amp; All and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than Immediately at Yonkers PD;

[99]  Observe such other conditions as are necessary to further the purposes of protection: Kaelynn ▮▮▮▮ (DOB: ▮▮▮▮) and Karitza ▮▮▮▮ (DOB: ▮▮▮▮) NO CONTACT DIRECTLY, INDIRECTLY OR THROUGH THIRD PARTY; THIS ORDER CAN BE MODIFIED UPON SUBMISSION OF A SUPERCEDING FAMILY COURT ORDER;

**IT IS FURTHER ORDERED** that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] suspended, and [13C] the Defendant shall remain ineligible to receive a firearm license during the period of this order.

**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including 02/18/2026, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

DATED: 02/18/2025

☒ Defendant advised in Court of issuance and contents of Order.
☐ Order to be served by other means [specify]: _____
☒ Warrant issued for Defendant
☒ Order personally served on Defendant in Court

Honorable Karen N. Best

(Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

Criminal Form 1 Page 2
CR-12552-24
2025-000709

**The Criminal Procedure Law** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.

**Federal law** requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).

**It is a federal crime to:**

- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).