UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

       - against -

JAMES BOWEN,

                  Defendant(s).

------------------------------------------------------------X

**ORDER**

18 Cr. 205-02 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    At today's Final Supervised Release Hearing/Sentencing, Defendant was sentenced to Two (2) Months incarceration each on Specifications 1 and 2, to run concurrently, after the Court found Defendant violated Specifications 1 and 2 after an Evidentiary Hearing. It is hereby

    ORDERED that Defendant, James Bowen, is remanded to U.S. Marshal Service custody.

SO ORDERED.

Dated: White Plains, New York
June 30, 2025

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2025